FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2007 JAN 24 A 11: 56

UNITED STATES OF AMERICA

v.

Case No. 3:00-cr-400-J-20MCR

JAIME GARZA

_____/

### SUPERVISED RELEASE REVOCATION
### and
### JUDGMENT AND COMMITMENT

On January 24, 2007, Bonnie A. Glober, Assistant United States Attorney, and the Defendant, JAIME GARZA, appeared in person and with his counsel, Maurice C. Grant, II, for a hearing on the Superceding Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 315, filed May 11, 2006).

The Defendant, having heretofore been convicted on June 22, 2001, in Case No. 3:00-cr-400-J-20HTS, of offense charged, to wit: Conspiracy to distribute fifty or more kilograms of marijuana, in violation of 21 U.S.C. §§ 846 & 841(b)(1)(C), as charged in Count One of the Indictment; and was sentenced to be imprisoned for a term of 30 months; and was placed on supervised release for a term of three (3) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Superceding Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 315, filed May 11, 2006) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **nine (9) months**

3. The Defendant is remanded to the custody of the U.S. Marshal to await designation of institution.

**DONE AND ORDERED** at Jacksonville, Florida, this 24th day of January, 2007.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Bonnie A. Glober, Esq.
Maurice C. Grant, II, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office